■ RUSSELL GILBERT, Appellant, v SHIGE OKAWARA, M.D., PH.D., Respondent. [793 NYS2d 796]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), dated January 22, 2004 in a medical malpractice action. The order granted defendant's motion seeking summary judgment dismissing the complaint as time-barred.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ TERRENCE LIDGE et al., Individually and as Administrators of the Estate of TAMIR VICTOR LIDGE, Deceased, Appellants, v NIAGARA FALLS MEMORIAL MEDICAL CENTER, Respondent, et al., Defendant. (Appeal No. 1.) [793 NYS2d 797]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered June 3, 2003. The order granted the motion of defendant Niagara Falls Memorial Medical Center for judgment as a matter of law dismissing the complaint against it pursuant to CPLR 4401.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Lidge v Niagara Falls Mem. Med. Ctr.* (17 AD3d 1033 [2005]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.